UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE ALLEN MAGANA,

Petitioner,

v.

J. GREENE,

Respondent.

Case No. 2:26-cv-03712-DGE-TLF

ORDER FOR SERVICE; ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE, 28 U.S.C § 2241 PETITION

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner, Kyle Allen Magana, is currently a pre-trial detainee at the Federal Detention Center, SeaTac (FDC SeaTac). Dkt. 1. He has named J. Greene as respondent in his petition. *Id*. The proper respondent to a habeas corpus petition is ‘the person who has custody over [the petitioner.]’” *Rumsfeld v. Padilla*, 543 U.S. 426, 434 (2004). The acting Warden of FDC SeaTac is R. Piercy. The Court, having reviewed petitioner’s federal habeas petition, hereby finds and ORDERS as follows:

(1) The Clerk of Court is directed to substitute R. Piercy as the respondent. The Clerk of Court is also directed to update the case title.

(2) The Clerk is directed to issue the Notice of Option of Consent to Magistrate Judge Theresa L. Fricke.

(3) The Clerk shall arrange for service upon respondent, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the

Office of the United States Attorney for the Western District of Washington, of copies of the petition and of this Order, by registered or certified mail, return receipt requested.

(4) Within 14 days of the date this Order is posted, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a Return as provided in 28 U.S.C. § 2243. Respondents shall file the Return/Answer with the Clerk of the Court and shall serve a copy upon Petitioner.

(5) Petitioner may file and serve a traverse not later than 14 days after the filing date of the answer, and respondent(s) may file and serve a reply not later than 28 days after the filing date of the answer. The Clerk of Court is directed to note this case for the Magistrate Judge's consideration on December 28, 2026.

(6) <u>Filing by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. All non-attorneys, such as pro se parties and/or prisoners, may continue to file a paper original with the Clerk. All filings must indicate in the upper right-hand corner the name of the United States Magistrate Judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(7) Motions

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(8) Direct Communications with District Judge or Magistrate Judge

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(9) The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Honorable David G. Estudillo.

Dated this 2nd day of November, 2026.

Theresa L. Fricke
United States Magistrate Judge